**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

LAMONT ANTHONY FULTON,  : No. 8 EM 2023
:
Petitioner  :
:
:
:
v.  :
:
:
:
PHILADELPHIA COURT OF COMMON  :
PLEAS,  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.